## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| POWER HOME SOLAR, LLC D/B/A PINK ENERGY, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) )  Case No. 6:22-cv-00043 |
| GENERAC POWER SYSTEMS, INC., | ) ) ) |
| *Defendant.* | ) |

### DEFENDANT'S MOTION TO DISMISS AND
### COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TRANSFER VENUE

Pursuant to Federal Rule of Civil Procedure 12 and the Federal Arbitration Act, 9 U.S.C. §§ 3 and 4, Defendant Generac Power Systems, Inc. ("Generac") respectfully moves for an Order (1) compelling Plaintiff Power Home Solar, LLC ("PHS") to arbitrate its claims against Generac and (2) dismissing PHS's Complaint, or, in the alternative, staying further litigation of those claims pending the outcome of arbitration.  In the event this Court does not dismiss the litigation, Generac moves in the alternative to transfer venue to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404.  The grounds for this Motion are set forth in a contemporaneously filed memorandum.

Dated:  September 23, 2022

Respectfully submitted,

*/s/ Glenn W. Pulley*
Glenn Pulley (VSB No.15677)
Amanda Morgan (VSB No. 70210)
GENTRY LOCKE
801 Main Street, 11th Floor
Lynchburg, VA 24504
Telephone:  434-455-9940
Facsimile:  540-983-9400
pulley@gentrylocke.com
morgan@gentrrylocke.com

Michael Gill (*pro hac vice forthcoming*)
Michael Olsen (*pro hac vice forthcoming*)
Gina Jordt (*pro hac vice forthcoming*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600 Telephone
(312) 701-7711 Facsimile
mgill@mayerbrown.com
molsen@mayerbrown.com
gjordt@mayerbrown.com

Elspeth Hansen (*pro hac vice forthcoming*)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306
(650) 331-2000 Telephone
(650) 331-2060 Facsimile
ehansen@mayerbrown.com

Andrew Spadafora (*pro hac vice forthcoming*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000 Telephone
(202) 263-3300 Facsimile
aspadafora@mayerbrown.com

*Attorneys for Generac Power Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

*/s/ Glenn W. Pulley*