AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| POWER HOME SOLAR, LLC D/B/A PINK ENERGY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:22-CV-00043 |
| GENERAC POWER SYSTEMS, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Generac Power Systems, Inc.

Date: 09/30/2022

s/Michael J. Gill
*Attorney's signature*

Michael J. Gill 957615
*Printed name and bar number*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

*Address*

mgill@mayerbrown.com
*E-mail address*

(312) 701-7128
*Telephone number*

(312) 706-8633
*FAX number*