CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/3/2022
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| POWER HOME SOLAR, LLC D/B/A PINK ENERGY, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) Case No. 6:22-cv-00043 ) |
| GENERAC POWER SYSTEMS, INC., | ) ) ) |
| *Defendant.* | ) |

**CONSENT ORDER GRANTING EXTENSION OF TIME
IN WHICH TO FILE AMENDED COMPLAINT AND RULE 12(b)(6) MOTIONS**

This matter is before the Court on Defendant Generac Power Systems, Inc.'s ("Generac") Consent Motion for Extension of Time in Which to File an Amended Complaint and Rule 12(b)(6) Motions. For good cause shown, the Motion is GRANTED.

Within twenty-one (21) days of the entry of an order on Generac's Motion to Dismiss and Compel Arbitration or, in the Alternative, Transfer Venue ("Motion to Dismiss"), other than an order dismissing the complaint, Plaintiff Power Home Solar, LLC ("PHS") may file an amended complaint. If Generac's motion for change of venue is granted, PHS may within twenty-one (21) days after acceptance and docketing of the case in the new venue file an amended complaint. Generac shall have twenty-one (21) days following the filing of any amended complaint to file responsive pleadings thereto, including motions pursuant to Rule 12(b)(6). In the event that PHS does not file an amended complaint, Generac shall have forty-two (42) days following the entry of an order resolving Generac's Motion to Dismiss to file motions pursuant to Rule 12(b)(6) to PHS's original Complaint, or forty-two days following acceptance and docketing of the case in the new venue if Generac's motion to transfer venue is granted.

ENTERED: October 3, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge