AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | | |
|---|---|---|
| POWER HOME SOLAR, LLC D/B/A PINK ENERGY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    6:22-CV-00043 |
| GENERAC POWER SYSTEMS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Generac Power Systems, Inc.                                                                                                        .

Date:      10/04/2022

s/Andrew Spadafora
*Attorney's signature*

Andrew Spadafora, 6333390
*Printed name and bar number*
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006

*Address*

aspadafora@mayerbrown.com
*E-mail address*

(202) 263-3043
*Telephone number*

(202) 263-3300
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|