AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| POWER HOME SOLAR, LLC D/B/A PINK ENERGY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:22-CV-00043 |
| GENERAC POWER SYSTEMS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Generac Power Systems, Inc.

Date:   10/04/2022

s/Elspeth V. Hansen
*Attorney's signature*

Elspeth V. Hansen, 292193
*Printed name and bar number*
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
*Address*

ehansen@mayerbrown.com
*E-mail address*

(650) 331-2043
*Telephone number*

(650) 331-2060
*FAX number*