AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| POWER HOME SOLAR, LLC D/B/A PINK ENERGY | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 6:22-CV-00043 |
| GENERAC POWER SYSTEMS, INC. | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Generac Power Systems, Inc.                              .

Date:   10/04/2022

s/Gina Aiello Jordt
*Attorney's signature*

Gina Aiello Jordt, 6317511
*Printed name and bar number*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

*Address*

gjordt@mayerbrown.com
*E-mail address*

(312) 701-7030
*Telephone number*

(312) 701-7711
*FAX number*