AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| POWER HOME SOLAR, LLC D/B/A PINK ENERGY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:22-CV-00043 |
| GENERAC POWER SYSTEMS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Generac Power Systems, Inc.

Date: 10/04/2022

s/Michael A. Olsen
*Attorney's signature*

Michael A. Olsen, 6237807
*Printed name and bar number*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

*Address*

molsen@mayerbrown.com
*E-mail address*

(312) 701-7120
*Telephone number*

(312) 706-8742
*FAX number*

Print    Save As...    Reset