UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| POWER HOME SOLAR, LLC D/B/A PINK ENERGY,<br>    *Plaintiff*,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC,<br>    *Defendant*. | Case No.: 6:22-cv-00043 |

## PLAINTIFF'S SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on October 7, 2022, Plaintiff, Power Home Solar, LLC d/b/a Pink Energy, filed a voluntary petition in the United States Bankruptcy Court for the Western District of North Carolina for relief under Chapter 7 of Title 11 of the United States Code (11 U.S.C. § 101 *et seq.*, the "Bankruptcy Code"), in the case *In re Power Home Solar, LLC d/b/a Pink Energy*, Case No. 22-50228. As a result, Power Home Solar, LLC d/b/a Pink Energy, suggests that this action has been stayed by the operation of Title 11 U.S.C. §362.

                                Respectfully submitted,

Dated: October 7, 2022

                                /s/ Mark J. Peake
                                Mark J. Peake, Esq.
                                CASKIE & FROST LLP
                                2306 Atherholt Road
                                Lynchburg, VA 24501
                                434-846-2731
                                mpeake@caskiefrost.com

                                Douglas B. Otto, Esq.*
                                Michael P. Burke, Esq.*
                                Hannah L. Sfameni, Esq.*
                                DARROWEVERETT LLP

50 Congress Street, Suite 1040
Boston, MA 02108
617-443-4500
dotto@darroweverett.com
mburke@darroweverett.com

Edward J. Fanning, Jr.
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
efanning@mccarter.com

***Attorneys for Plaintiff Power Home Solar, LLC, d/b/a Pink Energy***

*\*admitted pro hac vice*